[No. 15126-0-II.    Division Two.    February 23, 1994.]

ELMER MATZEN, *as Personal Representative, Appellant*,
v. INDUSTRIAL INDEMNITY INSURANCE SERVICES, INC.,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 90-2-00496-2, Don L. McCulloch, J., entered June

28, 1991. *Affirmed* by unpublished opinion per Skimas, J. Pro Tem., concurred in by Alexander, J., and Doran, J. Pro Tem.